United States District Court
District of Massachusetts

|  |  |
|---|---|
| AUTOMATED TRANSACTIONS LLC,<br>      Plaintiff,<br><br>      v.<br><br>WINCHESTER CO-OPERATIVE BANK,<br>      Defendant. | Civil Action No.<br>12-12364-NMG |

**MEMORANDUM & ORDER**

GORTON, J.

    Pending before the Court is the motion of defendant Winchester Co-Operative Bank ("Winchester") for a stay pending a decision by the Judicial Panel on Multidistrict Litigation ("the JPML"). The JPML has agreed to consider whether to transfer this action, along with several other actions involving nearly identical infringement claims, for consolidated pretrial proceedings in the District of Delaware, where a session of that court adjudicated infringement claims brought by plaintiff Automated Transactions LLC ("ATL") against 7-Eleven based upon the patents-in-issue here. See Automated Transactions LLC v. IYG Holding Co., 768 F.Supp.2d 727 (D. Del. 2011). A hearing on that motion is expected to occur on March 21, 2013.

    Because any proceedings in this case may be rendered moot in the event that the JPML orders pretrial consolidation in another judicial district, the Court concludes that a brief stay of this

-1-

action is appropriate.  Defendant's motion will therefore be allowed.

### ORDER

In accordance with the foregoing, defendant's Motion to Stay (Docket No. 13) is **ALLOWED**.  The action is hereby stayed until either the JPML renders its decision or April 30, 2013, whichever occurs first.

**So ordered.**

                                                  /s/ Nathaniel M. Gorton
                                                  Nathaniel M. Gorton
                                                  United States District Judge

Dated January 25, 2013